# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA ex rel. EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA<br><br>V.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | SUMMONS IN A CIVIL CASE<br><br>CASE NUMBER:<br><br>C08-00735 ADR SC |

TO: (Name and address of defendant)

United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laura J. Zuckerman
Sandra Goldberg
State of California Department of Justice
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612

an answer to the complaint which is herewith served upon you, within 30* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*per 5 U.S.C. section 552(a)(4)(C)

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE JAN 3 1 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE  2/01/08 |
| Name of SERVER  RYAN MALLARD | TITLE  Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☒   Other (specify): Certified Mail w/ Return Receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/1/08
*Date*

*Signature of Server*

1515 Clay St., 20F11
Oakland, CA 94612
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

EDMUND G. BROWN JR.
Attorney General of the State of California
JAMES HUMES
Chief Deputy Attorney General
JANET GAARD
Chief Assistant Attorney General
THEODORA BERGER
Senior Assistant Attorney General
SANDRA GOLDBERG
Deputy Attorney General
State Bar No. 138632
LAURA ZUCKERMAN
Deputy Attorney General
State Bar No. 161896
  1515 Clay Street, 20th Floor
  Oakland, CA 94612
  Telephone: (510) 622-2174
  Fax: (510) 622-2270
  laura.zuckerman@doj.ca.gov

Attorneys for People of the State of California *ex rel.*
Edmund G. Brown Jr., Attorney General of the State
of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA** *ex rel.* **EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>            Plaintiff,<br><br>v.<br><br>**ENVIRONMENTAL PROTECTION AGENCY,**<br>            Defendant. | Case No.: C08-00735 SC<br><br>**DECLARATION OF SERVICE BY CERTIFIED MAIL** |

# DECLARATION OF SERVICE BY CERTIFIED MAIL

Case Name: *People of the State of California v. Environmental Protection Agency*
Case No.: **C08-00735 SC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On February 1, 2008, I served the following documents:

**SUMMONS**

**COMPLAINT FOR INJUNCTIVE RELIEF UNDER THE FREEDOM OF INFORMATION ACT**

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

**CIVIL STANDING ORDERS, JUDGE SAMUEL CONTI**

**U.S. DISTRICT COURT - NORTHERN CALIFORNIA: ECF REGISTRATION INFORMATION HANDOUT**

**USDC: NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**ADR: DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA**

by placing a true copy thereof enclosed in a sealed envelope as certified mail with postage thereon fully prepaid and return receipt requested, in the internal mail collection system at the Office of the Attorney General at P.O. Box 70550, Oakland, CA 94612-0550, addressed as follows:

| | |
|---|---|
| U.S. Environmental Protection Agency<br>Office of General Counsel<br>1200 Pennsylvania Avenue, N.W. (2310A)<br>Washington, DC 20460 | United States Attorney's Office<br>Civil Processing Clerk<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102 |

1  Attorney General Michael B. Mukasey
   U.S. Department of Justice
2  950 Pennsylvania Avenue, NW
   Washington, D.C. 20530-0001
3
   I declare under penalty of perjury under the law of the State of California the foregoing is true
4  and correct and that this declaration was executed on February 1, 2008, at Oakland, California.

5

6  _____RYAN MALLARD_____         _____[signature]_____
7           Declarant                        Signature

8

90079126.wpd

Declaration of Service by Certified Mail                         No.: C08-00735 SC

3

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (*Please Print Clearly*)   B. Date of Delivery 2/4/08<br>C. Signature<br>X [signature]   ☒ Agent   ☐ Addressee |
| 1. Article Addressed to:<br><br>United States Attorney's Office<br>Civil Processing Clerk<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number (*Copy from service label*)<br>7000  0520  0024  6378  8547 | |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

EPA

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 0520 0024 6378 8547

| Postage | $ | |
|---|---|---|
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Recipient's Name (*Please Print Clearly*) (*To be completed by mailer*)
U.S. Attorney's Office
Street, Apt. No.; or PO Box No.
450 Golden Gate Ave. 11th fl
City, State, ZIP+4  San Francisco, CA 94102

PS Form 3800, February 2000    See Reverse for Instructions

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*  B. Date of Delivery<br>C. Signature *(signature)*<br>X   FEB 0 6 2008   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Attorney General Michael B. Mukasey<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530-0001 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>7000 6520 0024 6378 8530 | |
| PS Form 3811, July 1999    Domestic Return Receipt    *EPA*    102595-00-M-0952 | |



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 6520 0024 6378 8530

| Postage | $ | |
|---|---|---|
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Recipient's Name *(Please Print Clearly) (To be completed by mailer)*
Attorney General M.B. Mukasey
Street, Apt. No.; or PO Box No.
U.S. Dept Justice 950 Pennsylvania Ave
City, State, ZIP+4
Washington DC 20530-0001

PS Form 3800, February 2000    See Reverse for Instructions

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery 2/6/08<br>C. Signature   ☐ Agent  ☒ Addressee<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>U.S. EPA<br>Office of General Counsel<br>1200 Pennsylvania Ave., NW (2310A)<br>Washington, D.C. 20460 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7000 0520 0024 6378 8523 | |

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952

*EPA*



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0520 0024 6378 8523

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)
U.S. E.P.A. — Office of Gen. Counsel
Street, Apt. No.; or PO Box No.
1200 Pennsylvania Ave. NW
City, State, ZIP+4
Washington DC 20460

PS Form 3800, February 2000     See Reverse for Instructions