1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  JAMES HUMES
   Chief Deputy Attorney General
3  JANET GAARD
   Chief Assistant Attorney General
4  THEODORA BERGER
   Senior Assistant Attorney General
5  KEN ALEX
   Supervising Deputy Attorney General
6  SANDRA GOLDBERG (SBN 138632)
   LAURA J. ZUCKERMAN (SBN 161896)
7  Deputy Attorneys General
     1515 Clay Street, 20th Floor
8    Oakland, CA 94612
     Telephone: (510) 622-2174
9    Fax: (510) 622-2270
     laura.zuckerman@doj.ca.gov
10
   Attorneys for People of the State of California *ex rel.*
11 Edmund G. Brown Jr., Attorney General of the State
   of California

12

13                IN THE UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO  DIVISION

16

| **PEOPLE OF THE STATE OF CALIFORNIA** *ex rel.* **EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,** | Case No.: C 08-00735 SC |
|---|---|
|  | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR** *VAUGHN* **INDEX** |
| Plaintiff, |  |
| v. |  |
| **ENVIRONMENTAL PROTECTION AGENCY,** | Date:  April 25, 2008<br>Time:  10:00 a.m.<br>Place: Courtroom 1, 17th Floor<br>Judge: Hon. Samuel Conti |
| Defendant. |  |

                TO DEFENDANT ENVIRONMENTAL PROTECTION AGENCY AND ITS

ATTORNEYS OF RECORD:

        PLEASE TAKE NOTICE that on April 25, 2008, at 10:00 a.m., or as soon thereafter

as the matter may be heard in the above-entitled Court, located at 450 Golden Gate Avenue, San

1  Francisco, CA 94102, the People of the State of California, by and through Plaintiff Edmund G.
2  Brown Jr., Attorney General of the State of California, will and hereby do move the Court for an
3  order requiring defendant to provide, within 14 days of the Court's order, a detailed justification
4  for the allegation contained in its answer that the requested documents are exempt from
5  disclosure under the Freedom of Information Act, 5 U.S.C. § 552, *as amended*, together with an
6  itemized index of the documents withheld that are the subject of this suit, indicating in detail,
7  with respect to each document or segregable portion thereof, the nature of the information
8  contained in it and the justification for withholding it.  *See Vaughn v. Rosen*, 484 F.2d 820 (D.C.
9  Cir. 1973), *cert. denied*, 415 U.S. 977 (1974).  The grounds for this motion are more fully set
10 forth in Plaintiff's Memorandum of Points and Authorities filed herewith.  Plaintiff requests a
11 hearing on this motion.

13 Dated:  March 21, 2008                              Respectfully submitted,

                                                       EDMUND G. BROWN JR.
15                                                     Attorney General of the State of California
                                                       JAMES HUMES
16                                                     Chief Deputy Attorney General
                                                       JANET GAARD
17                                                     Chief Assistant Attorney General
                                                       THEODORA BERGER
18                                                     Senior Assistant Attorney General
                                                       KEN ALEX
19                                                     Supervising Deputy Attorney General
                                                       SANDRA GOLDBERG
20                                                     Deputy Attorney General

21                                                     /S/  LAURA J. ZUCKERMAN

22                                                     LAURA J. ZUCKERMAN
                                                       Deputy Attorney General

                                                       Attorneys for People of the State of California
24                                                     *ex rel*. Edmund G. Brown Jr., Attorney
                                                       General of the State of California