1   EDMUND G. BROWN JR.
    Attorney General of the State of California
2   JAMES HUMES
    Chief Deputy Attorney General
3   JANET GAARD
    Chief Assistant Attorney General
4   THEODORA BERGER
    Senior Assistant Attorney General
5   KEN ALEX
    Supervising Deputy Attorney General
6   SANDRA GOLDBERG (SBN 138632)
    LAURA J. ZUCKERMAN (SBN 161896)
7   Deputy Attorneys General
      1515 Clay Street, 20th Floor
8     Oakland, CA 94612
      Telephone: (510) 622-2174
9     Fax: (510) 622-2270
      laura.zuckerman@doj.ca.gov
10
    Attorneys for People of the State of California *ex rel.*
11  Edmund G. Brown Jr., Attorney General of the State
    of California
12

13                IN THE UNITED STATES DISTRICT COURT

14             FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO  DIVISION

16
    **PEOPLE OF THE STATE OF CALIFORNIA**          Case No.: C 08-00735 SC
17  *ex rel.* **EDMUND G. BROWN JR.,**
    **ATTORNEY GENERAL OF THE STATE OF**           **DECLARATION OF LAURA J.**
18  **CALIFORNIA,**                                **ZUCKERMAN IN SUPPORT OF**
                                                    **PLAINTIFF'S MOTION FOR**
19                               Plaintiff,         ***VAUGHN* INDEX**

20                 v.

21  **ENVIRONMENTAL PROTECTION**                    Date:   April 25, 2008
    **AGENCY,**                                     Time:   10:00 a.m.
22                                                  Place:  Courtroom 1, 17th Floor
                                 Defendant.         Judge:  Hon. Samuel Conti
23

24

25

26

27

28

    ZUCKERMAN DECL. IN SUPPORT OF PLAINTIFF'S MOTION FOR *VAUGHN* INDEX - C08-00735 SC

1    I, LAURA J. ZUCKERMAN, declare as follows:

2        1.    I am a Deputy Attorney General and one of counsel of record in this matter.  This

3    declaration is based on personal knowledge, and if called as a witness I could and would testify

4    competently to the facts set forth herein.

5        2.    To date, defendant EPA has failed to respond to plaintiff's December 27, 2007 request

6    for records under the Freedom of Information Act, 5 U.S.C. §552, *as amended*, or to provide an

7    index to the documents withheld (a "*Vaughn* index").

8        3.    Plaintiff has requested that defendant provide a *Vaughn* index, but to date EPA has not

9    agreed.

10        I declare under penalty of perjury that the foregoing is true and correct.

11    Executed on March 21, 2008.

12

13                                    _____/S/ LAURA J. ZUCKERMAN_____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ZUCKERMAN DECL. IN SUPPORT OF PLAINTIFF'S MOTION FOR *VAUGHN* INDEX - C08-00735 SC

2