EDMUND G. BROWN JR.
Attorney General of the State of California
JAMES HUMES
Chief Deputy Attorney General
JANET GAARD
Chief Assistant Attorney General
THEODORA BERGER
Senior Assistant Attorney General
KEN ALEX
Supervising Deputy Attorney General
SANDRA GOLDBERG (SBN 138632)
LAURA J. ZUCKERMAN (SBN 161896)
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  Oakland, CA 94612
  Telephone: (510) 622-2174
  Fax: (510) 622-2270
  laura.zuckerman@doj.ca.gov

Attorneys for People of the State of California *ex rel.*
Edmund G. Brown Jr., Attorney General of the State
of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA** *ex rel*. **EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>                Plaintiff,<br><br>    v.<br><br>**ENVIRONMENTAL PROTECTION AGENCY,**<br><br>                Defendant. | Case No.: C 08-00735 SC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR** ***VAUGHN*** **INDEX**<br><br>Date:  April 25, 2008<br>Time:  10:00 a.m.<br>Place:  Courtroom 1, 17th Floor<br>Judge:  Hon. Samuel Conti |

This Court having considered the papers and arguments submitted in connection with Plaintiff's Motion for a *Vaughn* Index, and the record in this case, and good cause appearing,

IT IS HEREBY ORDERED as follows:

Plaintiff's Motion for a *Vaughn* Index is GRANTED. Defendant the Environmental

Protection Agency shall serve and file a *Vaughn* index no later than 14 days from the date of this Order. Such index shall consist of an itemized index of all those documents withheld that are the subject of this suit, indicating in detail, with respect to each document or segregable portion thereof, the nature of the information contained in it and the justification for withholding it. The index shall specify, for each document or segregable portion thereof, at a minimum, the following:

    (a)   The author(s) of the document, to the extent indicated in the document and/or known to the agency;

    (b)   The date the document was prepared, to the extent indicated in the document and/or known to the agency;

    (c)   The addressee(s) of the document, to the extent indicated in the document and/or known to the agency;

    (d)   Any additional person(s) to whom the document was circulated or made available, to the extent indicated in the document;

    (e)   The subject matter of the document;

    (f)   The exemption claimed;

    (g)   A detailed justification of the basis for each claim of exemption, including but not limited to a description of the extent to which the portion withheld consist of factual materials, and a detailed explanation of why withheld factual material and/or non-exempt material cannot be segregated and produced, if applicable; and

    (h)   A particularized explanation of how disclosure would damage the interest protected by the claimed exemption.

**IT IS SO ORDERED.**

DATED: _____, 2008

                                    _____
                                    HONORABLE SAMUEL CONTI
                                    UNITED STATES DISTRICT COURT