UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

People of the State of California ex rel.
Edmund G. Brown Jr., Attorney General,

           Plaintiff(s),

           v.

U.S. Environmental Protection Agency,

           Defendant(s).

CASE NO. C 08-00735 SC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  June 6, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Laura J. Zuckerman | People of the State of California | 510-622-2174 | laura.zuckerman@doj.ca.gov |
| Isaac R. Campbell | U.S. EPA | 202-616-8476 | isaac.campbell@usdoj.gov |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 5/16/08                                                             /S/  Laura J. Zuckerman
                                                                                  Attorney for Plaintiff

Dated: 5/16/08                                                             /S/  Isaac R. Campbell
                                                                                  Attorney for Defendant

Rev 1.05