JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
ELIZABETH J. SHAPIRO
ISAAC R. CAMPBELL
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6130
Washington, D.C. 20530
Tel: (202) 616-8476
Fax: (202) 616-8460
isaac.campbell@usdoj.gov

Attorneys for Defendant Environmental Protection Agency

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel*. EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　Defendant. | CV 08-00735 SC<br><br>**DEFENDANT'S MOTION TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>Case Management Conference<br>Date: June 6, 2008<br>Time: 10:00 am |

　　　　Pursuant to Civil L.R. 16-10(a), counsel for the Environmental Protection Agency hereby requests to participate by telephone in the case management conference scheduled to occur at 10:00 a.m. on June 6, 2008 in the above-captioned matter. Counsel for defendant is an attorney with the U.S. Department of Justice in Washington, D.C. and believes that the issues to be addressed at the case management conference can be efficiently handled through his participation by telephone rather than requiring the government to incur the expense of providing for counsel's travel and lodging in San Francisco to attend the conference in person.

Defendant's Motion to Participate in Case Mgmt. Conf. by Tele.  (08-00735 SC)

1

1  Defendant's counsel has conferred with plaintiff's counsel who has no objections to this
2  request.  A proposed order is attached hereto. .
3  Dated:  May 30, 2008
4  Respectfully submitted,

5  JEFFREY S. BUCHOLTZ
6  Acting Assistant Attorney General

8       /s/
  ELIZABETH J. SHAPIRO
9  ISAAC R. CAMPBELL
10 United States Department of Justice
  Civil Division, Federal Programs Branch
11 20 Massachusetts Avenue, NW, Rm.
     6130
12 Washington, DC  20530
13 Tel: (202) 616-8476
  Fax: (202) 616-8460

Attorneys for Defendant

Defendant's Motion to Participate in Case Mgmt. Conf. by Tele.  (08-00735 SC)

2

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
ELIZABETH J. SHAPIRO
ISAAC R. CAMPBELL
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6130
Washington, D.C. 20530
Tel: (202) 616-8476
Fax: (202) 616-8460
isaac.campbell@usdoj.gov

Attorneys for Defendant Environmental Protection Agency

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant. | CV 08-00735 SC<br><br>**PROPOSED ORDER RE: DEFENDANT'S MOTION TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>Case Management Conference<br>Date: June 6, 2008<br>Time: 10:00 am |

Upon consideration of Defendant's Motion to Participate in Case Management Conference by Telephone, it is hereby,

ORDERED that Defendant's counsel is authorized to participate by telephone in the Case Management Conference scheduled for Friday, June 6, 2008 at 10:00 a.m.

SO ORDERED.

Dated: _____    _____
                                                      United States District Court Judge

Defendant's Motion to Participate in Case Mgmt. Conf. by Tele.  (08-00735 SC)