IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEOPLE OF THE STATE OF CALIFORNIA,
        Plaintiff(s),

v.                                                                                           No.  C-08-735-SC

ENVIRONMENTAL PROTECTION AGENCY,
        Defendant(s).
_____/                  Clerk's Notice

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference** scheduled for **June 6, 2008** before the Honorable Samuel Conti. The conference has been reset for **August 1, 2008 at 10:00 a.m.** Parties are to file one Joint Case Management Conference Statement seven days prior to the conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: June 4, 2008                                                           FOR THE COURT,

                                                                                   Richard W. Wieking, Clerk

                                                                                    By:   T. De Martini
                                                                                       Courtroom Deputy Clerk