1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  ELIZABETH J. SHAPIRO
3  ISAAC R. CAMPBELL
   United States Department of Justice
4  Civil Division, Federal Programs Branch
   20 Massachusetts Avenue, NW, Room 6130
5  Washington, D.C. 20530
6  Tel: (202) 616-8476
   Fax: (202) 616-8460
7  isaac.campbell@usdoj.gov

8  Attorneys for Defendant Environmental Protection Agency

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant. | CV 08-00735 SC<br><br>**PROPOSED ORDER RE: DEFENDANT'S MOTION TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>Case Management Conference<br>Date: June 6, 2008<br>Time: 10:00 am |

Upon consideration of Defendant's Motion to Participate in Case Management Conference by Telephone, it is hereby,

ORDERED that Defendant's counsel is authorized to participate by telephone in the Case Management Conference scheduled for Friday, June 6, 2008 at 10:00 a.m.

SO ORDERED.

Dated: _____          _____
                                                              Judge Samuel Conti
                                                              United States District Judge

[DENIED stamp, signed by Judge Samuel Conti]

Defendant's Motion to Participate in Case Mgmt. Conf. by Tele. (08-00735 SC)