GREGORY G. KATSAS
Assistant Attorney General
JOHN R. TYLER
ISAAC R. CAMPBELL
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6130
Washington, D.C. 20530
Tel: (202) 616-8476
Fax: (202) 616-8460
isaac.campbell@usdoj.gov

Attorneys for Defendant Environmental Protection Agency

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | CV 08-020735 SC<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME TO PRODUCE <u>VAUGHN</u> INDEX** |

Pursuant to Civil L.R. 6-2, defendant U.S. Environmental Protection Agency ("EPA" or "Agency"), through undersigned counsel, hereby requests an extension of 2 business days, from September 5, 2008, to September 9, 2008, to file Defendant's Vaughn Index. Defendant's request is made for good cause as set forth below:

Defendant EPA represents as follows:

1. The Information Law Practice Group ("ILPG") of the EPA is responsible for managing the Agency's Freedom of Information Act ("FOIA") litigation and for providing legal counseling to Agency clients on a wide variety of information law issues. The ILPG is comprised of an Agency

Assistant General Counsel, seven staff attorneys, and two para-professionals (a paralegal and a FOIA specialist).

2. Since this Court's August 1, 2008 order, the Agency has had a team of attorneys working on the Vaughn index and related production. This team has included ILPG staff attorneys (who were diverted from other assignments), additional attorneys from within the OGC, and paralegal and support staff.

3. As set forth in the declaration by Robert A. Friedrich, dated August 19, 2008, the Agency estimated that it had to create full Vaughn index entries for approximately 1,500 of the 2,198 documents. Additionally, the Agency reviewed a set of approximately 1,800 documents from a related case for responsiveness to this request. In so doing, the Agency identified additional documents for which Vaughn entries were needed. At this time, the Agency estimates its Vaughn index will be over 2,000 pages.

4. The Agency estimated that it would be able to complete its Vaughn index by September 5, 2008. However, a brief extension of two business days is necessary to permit the Agency to comply with this Court's order. The requested extension will be used to complete the Vaughn index for all documents withheld in full or in part from the 2,198 documents and the set of additional documents from the related case.

5. Defendant is not aware of any harm that will result from the requested extension as the Vaughn index as the delay is as brief as possible and will not affect the currently scheduled Case Management Conference.

6. This stipulation is supported by the Declaration of Robert A. Freidrich, dated September 5, 2008, filed herewith.

## IV.    CONCLUSION

For all the reasons set forth above and in the declaration of Robert A. Freidrich, defendant respectfully requests that its stipulated request for an order changing, to Friday September 9, 2008, the time by which defendant's Vaughn index is due, be granted. No other dates in the current schedule need be changed or modified as a result of this order. Pursuant to the above representations

by EPA, Plaintiff has stipulated to the request. The parties have previously stipulated to a 15-day extension of time.

Dated: September 5, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

| /s/ | /s/ |
|---|---|
| JOHN R. TYLER | LAURA ZUCKERMAN |
| ISAAC R. CAMPBELL | Deputy Attorney General |
| United States Department of Justice | |
| Civil Division, Federal Programs Branch | SANDRA GOLDBERG |
| 20 Massachusetts Avenue, NW, Rm. 6130 | Deputy Attorney General |
| Washington, DC 20530 | California Department of Justice |
| Tel: (202) 616-8476 | Environment Section |
| Fax: (202) 616-8460 | Office of the Attorney General |
| | 1515 Clay Street, 20th floor |
| Attorneys for Defendant | Tel: (510) 622-2174 |
| | Attorneys for Plaintiff |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September _____ , 2008

Honorable Samuel Conti

GREGORY G. KATSAS
Assistant Attorney General
ELIZABETH J. SHAPIRO
ISAAC R. CAMPBELL
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6130
Washington, D.C. 20530
Tel: (202) 616-8476
Fax: (202) 616-8460
isaac.campbell@usdoj.gov

Attorneys for Defendant Environmental Protection Agency

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel*. EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | CV 08-020735 SC<br><br>**DECLARATION OF ROBERT A. FRIEDRICH IN SUPPORT OF DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO ENLARGE TIME TO PRODUCE <u>VAUGHN</u> INDEX** |

DECLARATION OF ROBERT A. FRIEDRICH

1. I am the Acting Associate General Counsel for the General Law Office, Office of General Counsel, of the U.S. Environmental Protection Agency ("EPA" or "Agency"). The Information Law Practice Group ("ILPG") is one of three practice groups I supervise. The ILPG is responsible for managing Freedom of Information Act ("FOIA") litigation and for providing legal counseling to Agency clients on a wide variety of information law issues.

2. I make the following statements based upon my personal knowledge or information that I obtained in the course of performing my official duties.

DECLARATION OF ROBERT A. FRIEDRICH - 08-00735 SC

3. Since this Court's August 1, 2008 order, the Agency has had a team of attorneys and other staff working on the Vaughn index and related production. This team has included ILPG staff attorneys (who were diverted from other assignments), additional attorneys from within OGC, and paralegal and support staff.

4. As set forth in my August 19, 2008 declaration, the Agency estimated that it had to create full Vaughn index entries for approximately 1,500 of the 2,198 documents. Additionally, the Agency reviewed a set of approximately 1,800 documents from a related case for responsiveness to this request. In so doing, the Agency identified additional documents for which Vaughn entries were needed. At this time, the Agency estimates its Vaughn index will be over 2,000 pages.

5. The Agency estimated that it would be able to complete its Vaughn index by September 5, 2008. However, a brief extension of two business days is necessary to permit the Agency to comply with this Court's order. The requested extension will be used to complete the Vaughn index for all documents withheld in full or in part from the 2,198 documents and the set of additional documents from the related case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

9/5/08                                                    *[signature]*
Date                                                      Robert A. Friedrich