1  EDMUND G. BROWN JR.
   Attorney General of California
2  SANDRA GOLDBERG
   Deputy Attorney General
3  State Bar No. 138632
   LAURA J. ZUCKERMAN
4  Deputy Attorney General
   State Bar No. 161896
5   1515 Clay Street, 20th Floor
    P.O. Box 70550
6   Oakland, CA  94612-0550
    Telephone:  (510) 622-2174
7   Fax:  (510) 622-2270
    E-mail:  Laura.Zuckerman@doj.ca.gov
8  *Attorneys for People of the State of California ex rel.
   Edmund G. Brown Jr., Attorney General of the State
9  of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| **PEOPLE OF THE STATE OF CALIFORNIA EX REL. EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>Defendant. | Case No.:  C08-00735 SC<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL AND ENTRY OF JUDGMENT**<br><br>Date:         Not set.<br>Time:         Not set.<br>Courtroom:  1, 17th Floor<br>Judge:        Hon. Samuel Conti<br>Trial Date:   Not set.<br>Action Filed: January 31, 2008 |
|---|---|

Plaintiff People of the State of California *ex rel.* Edmund G. Brown Jr., Attorney General of the State of California ("People") and defendant United States Environmental Protection Agency ("EPA") hereby stipulate and agree as follows:

1

1  WHEREAS EPA has produced the *Vaughn* Index the Court ordered it to produce on August 1, 2008, together with documents called for by the People's Freedom of Information Act request; and

4  WHEREAS the People do not intend to seek any further relief in this case; accordingly,

5  IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

7  1.  This action shall be dismissed with prejudice, and a stipulated judgment entered;

8  2.  No party may recover any costs, attorneys' fees, or monetary recovery for this action; and

10  3.  This stipulation may be signed in counterpart, and facsimile signatures shall have the same force and effect as originals.

Dated: March 10, 2009

_____/S/_____
ISAAC R. CAMPBELL
United States Department of Justice
Civil Division, Federal Programs Branch

_____/S/_____
SANDRA GOLDBERG
LAURA J. ZUCKERMAN
Attorneys for People of the State of California *ex rel*. Edmund G. Brown Jr., Attorney General of the State of California

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March __11__, 2009

IT IS SO ORDERED
*[signature]*
Judge Samuel Conti

OK2008900039
90107910.doc

2

Stipulation and [Proposed] Order Re Dismissal and Entry of Judgment (Case No. C08-00735 SC)